# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA
### FRESNO DIVISION

| | | |
|---|---|---|
| HICA EDUCATION LOAN CORPORATION, | ) ) | |
| Plaintiff, | ) ) | No.  1:12-CV-01140-LJO-SMS |
| v. | ) ) | |
| DAVID M. MEYERS, | ) ) | **ORDER DISMISSING CASE WITHOUT PREJUDICE** |
| Defendant. | ) | |

Before the Court is a Stipulation of Dismissal Without Prejudice ("Stipulation").  The Court has considered the Stipulation, the pleadings on file in this case, and the record, and, pursuant to Rule 41 of the Federal Rules of Civil Procedure, finds that this case should be dismissed without prejudice.  IT IS, THEREFORE,

ORDERED, that this case is DISMISSED WITHOUT PREJUDICE, and each party shall bear its own costs.  The pending order to show case is discharged.

IT IS SO ORDERED.

Dated:  **October 5, 2012**            /s/ Lawrence J. O'Neill
                                                    UNITED STATES DISTRICT JUDGE

Order of Dismissal without Prejudice
Solo Page